# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>　　v.<br>JAMES P. O'NEIL,<br>　　　　　　　Defendant. | No. 3:19-cr-98 (MPS) |

## ORDER ACCEPTING MAGISTRATE JUDGE'S FINDINGS

Having reviewed the transcript of the change-of-plea proceeding and the consent to proceed before a U.S. Magistrate Judge, I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made, and that there is a factual basis for the plea. I therefore accept and adopt the recommendation that the defendant's plea of guilty be accepted. Accordingly, a finding of guilty shall enter forthwith.


IT IS SO ORDERED.


_____/s/_____
Michael P. Shea, U.S.D.J.


Dated:　　　Hartford, Connecticut
　　　　　　December 2, 2019